Writ of Habeas Corpus Denied, Opinion issued January 4, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-13-00015-CV

---

## IN RE ROGELIO A. MARTINEZ, Relator

---

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-50404-07**

---

## MEMORANDUM OPINION

Before Justices Moseley, Lang-Miers, and Fillmore
Opinion by Justice Fillmore

Relator contends the trial court's December 10, 2012 order on contempt for failure to pay child support is void because the order contains one punishment for multiple acts of contempt, and one of the acts is not punishable by contempt. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we **DENY** relator's petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a); *Ex parte Barnett*, 600 S.W.2d 252, 254 (Tex. 1980) (orig. proceeding).

ROBERT M. FILLMORE
JUSTICE

130015F.P05